# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-222

| | |
|---|---|
| SAHURE K. BEY, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**BEFORE THE COURT** is its own motion to dismiss the case for failure to comply with its Sealed Order dated November 18, 2014. On April 29, 2014, Plaintiff filed a Complaint seeking review of the denial of Social Security Disability and Disability Insurance Benefits. On the same day, Plaintiff sought to proceed on her Complaint without prepaying the cost associated with bringing this action by filing an Application to Proceed in District Court Without Prepaying Fees or Costs.

On November 18, 2014, this Court held the Application in abeyance until such time as Plaintiff provides additional information to the Court to support her allegations of indigence. (Doc. 3). The Court ordered that "within thirty (30) days of the date of this Order, the Plaintiff shall submit to the Court additional information to support her allegations." (*Id.*). The Court warned that "[f]ailure to comply with the instant directive will result in the summary dismissal of the Plaintiff's case." (*Id.*). More than thirty days have elapsed since the date of the November 18, 2014 Order and Plaintiff has not provided the Court with any information.

**IT IS, THEREFORE, ORDERED THAT** Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

Signed: March 25, 2015

Richard L. Voorhees
United States District Judge